UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ARMS OF HOPE, a Texas Nonprofit Corporation, | § § § | |
| Plaintiff, | § § | Civil Action No. 4:23-cv-00131-O |
| v. | § § | |
| CITY OF MANSFIELD, TEXAS, a Municipal Corporation, | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Plaintiff's Motion for Temporary Restraining Order Followed by Preliminary Injunction (ECF No. 2), filed February 10, 2023. The Court **ORDERS** Plaintiff to provide notice of the Motion and this Order to Defendant **no later than February 13, 2023** and to file a notice on the docket informing the Court this was done. **No later than February 15, 2023**, the parties **SHALL FILE** a joint notice outlining a briefing schedule for Defendant's response and Plaintiff's reply to the motion.

**SO ORDERED** this **10th day** of **February, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE