**FILED**
September 11, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

**Certified as a true copy and issued as the mandate on Sep 11, 2024**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 20, 2024
Lyle W. Cayce
Clerk

No. 23-10656

---

ARMS OF HOPE, *a Texas Nonprofit Corporation*,

          *Plaintiff—Appellee/Cross-Appellant*,

*versus*

CITY OF MANSFIELD, TEXAS, *a Municipal Corporation*,

          *Defendant—Appellant/Cross-Appellee.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-131

---

Before SMITH, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the appeal and cross-appeal are DISMISSED as moot.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

No. 23-10656

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.